IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT JAMES CLAUS, et al.,

                Plaintiff(s),

    v.

COLUMBIA STATE BANK,

               Defendant(s).

Civil No. 03:16-cv-01509-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Defendant's Unopposed Motion to Dismiss [147] is GRANTED and this action is DISMISSED with prejudice and without an award of fees or costs to any party. Pending motions, if any, are DENIED AS MOOT.

Dated this 11th day of February, 2021.

                                                     by    /s/ Jolie A. Russo
                                                             Jolie A. Russo
                                                              United States Magistrate Judge